*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 20-BG-114**

IN RE MARLA L. STEIN

**2019 DDN 247**

A Member of the Bar of the
District of Columbia Court of Appeals
Bar Registration No. 422453

BEFORE: Thompson and McLeese, Associate Judges, and Steadman, Senior Judge.

### O R D E R
(FILED − April 30, 2020)

On consideration of the certified order accepting respondent's permanent resignation from the practice of law in the state of Connecticut after her felony conviction; this court's February 13, 2020, order suspending respondent pending resolution of this matter and directing her to show cause why reciprocal discipline in the form of disbarment should not be imposed; the statement of respondent indicting she did not object to the imposition of reciprocal discipline; and the statement of Disciplinary Counsel; and it appearing that respondent failed to file her D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Marla L. Stein is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's disbarment will not begin to run until such time as she files a D.C. Bar R. XI, § 14(g) affidavit.

### PER CURIAM